IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Divsion

| | |
|---|---|
| TERRY F. PEASE ) | |
| ) | |
| vs. ) | |
| ) | |
| SPRINGFIELD TERMINAL ) | |
| RAILWAY COMPANY ) | NO. 05-30142-MAP |
| ) | |
| and ) | |
| ) | |
| BOSTON & MAINE CORPORATION ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

**TO THE CLERK:**

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Terry F. Pease, by and through his attorneys, HANNON & JOYCE, hereby voluntarily dismiss the above action, without prejudice, this 1st day of August, 2005.

                                   HANNON & JOYCE

                            BY:    _____
                                   GREGORY JOHN HANNON
                                   Attorney for Plaintiff
                                   The Public Ledger Bldg. - Ste. 1000
                                   150 S. Independence Mall West
                                   Philadelphia, PA 19106